UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARREN L. REAGAN, ) | |
| 1D #37109-177 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-0877-G (Bh) |
| FRED BROWN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's federal law claims against the defendants will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) because they are frivolous and fail to state a claim; his state law claims will be dismissed without prejudice to him pursuing them in state court; and

- 2 -

the claims he seeks to assert on behalf of other parties will be dismissed without prejudice.  The one-sentence motion to transfer the complaint to the state court for further proceedings, filed June 5, 2020 (docket entry 15), is **DENIED**.

    **SO ORDERED**.

June 8, 2020.

                                            */s/ A. Joe Fish*
                                            A. JOE FISH
                                            Senior United States District Judge